UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JON CROSSLAND, an individual

    Plaintiff,

v.

WIDEORBIT, INC.,

    Defendant.

No. 2:18-cv-01422-RSL

STIPULATED MOTION AND PROPOSED ORDER TO STAY PROCEEDINGS PENDING MEDIATION

## STIPULATED MOTION

The parties, through their attorneys, respectfully advise the Court they have agreed to attempt to resolve this case through mediation. The parties are in the process of scheduling a mediation in late September or October of 2019. The parties agree and believe that both parties' interests, and the interests of judicial economy and efficiency, will be served by mediating this case before incurring the time and expense of engaging in additional discovery or preparing dispositive motions.

For that reasons, the parties respectfully request that the Court stay all further proceedings in this case, including formal discovery, and vacate unexpired case deadlines in the Amended Order Setting Trial Date and Related Dates. Dkt. 32. If this matter does not settle through mediation, the parties agree they will file a Joint Status Report that includes a new

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

proposed trial date and case deadlines within seven (7) days after mediation, at which point the stay will be automatically lifted.

For the foregoing reasons, the parties respectfully stipulate to, and jointly request that the Court enter, the proposed Order set forth below staying proceedings and vacating case deadlines.

STIPULATED TO AND SUBMITTED this 7th day of August, 2019.

| LAW OFFICES OF JUDITH LONNQUIST | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/Sara A. Bhagat* | */s/ N. Joseph Wonderly* |
| Judith A. Lonnquist, WSBA #6421 | Paula Lehmann, WSBA #20678 |
| Sara A. Bhagat, WSBA #37872 | Nathaniel J. Wonderly, WSBA #51925 |
| 1218 Third Avenue, Suite 1500 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98101 | Seattle WA 98104-1610 |
| Telephone: 206-622-2086 | Telephone: 206-622-3150 |
| Email: lojal@aol.com | Email: paulalehmann@dwt.com |
| Email: sara@lonnquistlaw.com | Email: joewonderly@dwt.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

This matter came before the Court on the parties' Stipulated Motion to Stay Case Pending Mediation (the "Motion"). The Motion is GRANTED. This matter is stayed pending the parties' participation in mediation, and all unexpired deadlines in the Amended Order Setting Trial Date and Related Dates (Dkt. 32) are VACATED. If the matter settles, the parties shall immediately notify the Deputy Clerk, Kerry Simonds, at 206-370-8519. In the event the parties' do not resolve the case through mediation, the parties shall file a Joint Status Report within seven (7) days after the mediation occurs that includes a new proposed trial date and case deadlines, at which time the stay shall be automatically lifted.

Dated this 8th day of August, 2019.

*[signature]*
ROBERT S. LASNIK
United State District Judge

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax