UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON CROSSLAND,

            Plaintiff,

   v.

WIDEORBIT, INC.,

            Defendant.

Cause No. C18-1422RSL

ORDER

     This matter comes before the Court on plaintiff's "Motion to Change Trial Date and for New Case Schedule." Dkt. # 49. The Court recently issued a minute order striking the remaining case management deadlines, including the trial date, in light of the novel coronavirus pandemic and the closure of the United States Courthouse in Seattle. Dkt. # 62. Plaintiff's motion to continue the trial date is therefore DENIED as moot.

     Dated this 21st day of January, 2021.

*MNT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1