THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON CROSSLAND,

    Plaintiff,

v.

WIDEORBIT, INC.,

    Defendant.

No.   2:18-cv-01422 RSL

NOTICE OF DEATH

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)§2, Please take notice that Jon Crossland, plaintiff in the above-captioned case, died on March 9, 2021, in Mexico. Due to the complications of dealing with death of an American citizen in Mexico, no death certificate is currently available, but will be submitted as soon as it is provided to counsel.

The court will be timely notified as to arrangements for the establishing of Mr. Crossland's estate and personal representative.

A motion for substitution and other filings will follow.

/////

/////

NOTICE OF DEATH - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

Respectfully submitted this 11th day of March, 2021.

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.


_____/s/ Judith Lonnquist_____
Judith A. Lonnquist, WSBA No. 06421
Attorney for Plaintiff

NOTICE OF DEATH  - Page 2

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

## CERTIFICATE OF SERVICE

I, Kris LeClaire, hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Party | Method of Service |
|---|---|
| Victoria M. Slade, WSBA #44597<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700 | ☐ Hand Delivery<br>☐ Legal Messenger<br>☐ Regular Mail<br>☒ E-Service via the Court<br>☒ E-Mail |

Dated this 11th day of March 2021.

_____
Kris LeClaire

NOTICE OF DEATH - Page 3

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165