UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON CROSSLAND,

                    Plaintiff,

         v.

WIDEORBIT, INC.,

                    Defendant.

Cause No. C18-1422RSL

ORDER OF SUBSTITUTION

        This matter comes before the Court on plaintiff's "Motion for Substitution of Party on

Behalf of the Estate of Plaintiff Jon Crossland." Dkt. # 66. Federal Rule of Civil Procedure

25(a)(1) provides:

> Substitution if the Claim Is Not Extinguished. If a party dies and the claim is not
> extinguished, the court may order substitution of the proper party. A motion for
> substitution may be made by any party or by the decedent's successor or
> representative. If the motion is not made within 90 days after service of a statement
> noting the death, the action by or against the decedent must be dismissed.

Plaintiff served a statement noting Mr. Crossland's death on March 11, 2021, and filed this

motion for substitution on July 2, 2021. The 90-day deadline may be extended under Fed. R. Civ.

P. Rule 6(b), however, including after its expiration if the party failed to act due to "excusable

neglect." *Zanowick v. Baxter Healthcare Corp*., 850 F.3d 1090, 1094 (9th Cir. 2017). The Court

finds excusable neglect in these circumstances, where there was a significant delay in the

appointment of a personal representative and the motion for substitution was filed promptly once

ORDER OF SUBSTITUTION - 1

1    that person was identified.

2

3

4        The motion for substitution is GRANTED. The Clerk of Court is directed to substitute

5    "Karen Walters, Personal Representative of the Estate of Jon Crossland" in place of Jon

6    Crossland as plaintiff in this action. All future filings shall utilize the revised caption.

7

8

9        Dated this 30th day of July, 2021.

10                                    _MM S Lasnik_____
                                      Robert S. Lasnik
11                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER OF SUBSTITUTION - 2